# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2007

133256

MOLLIE BARRETT,
      Plaintiff/Counter-
      Defendant-Appellant,

v

JOSEPH M. PREVOST,
      Defendant/Counter-
      Plaintiff Third-Party
      Plaintiff-Appellee,

and

CHARTER ONE MORTGAGE
CORPORATION,
      Third-Party
      Defendant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133256
COA: 269477
Macomb CC: 2004-002685-CH

_____/

      On order of the Court, the application for leave to appeal the November 16, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007

Clerk

l0723